IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| W.H. and Z.H., | CV 22–166–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| ALLEGIANCE BENEFIT PLAN MANAGEMENT INC., LOGAN HEALTH f/k/a KALISPELL REGIONAL HEALTHCARE, and the HEALTH BENEFIT PLAN for EMPLOYEES of KALISPELL REGIONAL HEALTHCARE, | |
| Defendants. | |

Plaintiffs move unopposed to extend the deadline for the preliminary pretrial conference, currently scheduled for January 25, 2023. (Doc. 13.) Because Plaintiffs' counsel is unable to attend, the Court will forgo holding a preliminary pretrial conference and a schedule will be set based on the parties' submissions. *See* Fed. R. Civ. P. 16. This atypical procedure is unique and in-person conferences will remain standard procedure in the future. Therefore,

IT IS ORDERED Plaintiffs' motion, (Doc. 13), is GRANTED IN PART and DENIED IN PART. The preliminary pretrial conference set for January 25, 2023

1

is VACATED.  However, the parties must still file their preliminary pretrial

statements, statements of stipulated facts, and joint discovery plan by the deadline

set in the December 9, 2022 Order.

DATED this ___3ʳᵈ___ day of January, 2023.

Donald W. Molloy, District Judge
United States District Court