IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| W.H. and Z.H.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ALLEGIANCE BENEFIT PLAN MANAGEMENT INC., LOGAN HEALTH f/k/a KALISPELL REGIONAL HEALTHCARE, and the HEALTH BENEFIT PLAN for EMPLOYEES of KALISPELL REGIONAL HEALTHCARE,<br><br>　　　　Defendants. | CV 22–166–M–DWM<br><br><br>ORDER |

The parties, having jointly moved for leave to file the administrative record and certain exhibits under seal,

IT IS ORDERED THAT the motion (Doc. 20) is GRANTED. The documents identified as DEF0000001 through DEF038703 (the administrative record) and DEF038704 through DEF039066 (exhibits relating to the summary judgment motions) shall be conventionally filed under seal.

DATED this _____ day of September, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1