IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| W.H. and Z.H., | CV 22–166–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| ALLEGIANCE BENEFIT PLAN MANAGEMENT INC., LOGAN HEALTH f/k/a KALISPELL REGIONAL HEALTHCARE, and the HEALTH BENEFIT PLAN for EMPLOYEES of KALISPELL REGIONAL HEALTHCARE, | |
| Defendants. | |

The parties jointly move to vacate the trail date in this matter as well as all outstanding pretrial deadlines set out in the January 25, 2023 scheduling order (*see* Doc. 19) until the pending cross-motions for summary judgment (*see* Docs. 21, 23) are resolved.  Accordingly,

IT IS ORDERED that the parties' motion (Doc. 35) is GRANTED.  The January 22, 2024, trial and all pretrial deadlines noted in the parties' motion are VACATED.  Should this matter not be fully resolved on summary judgment, the

1

parties are DIRECTED to file a joint proposed updated trial schedule within 10 days of the date that this Court files an order on the pending cross-motions for summary judgment.

DATED this \_\_1st\_\_ day of December, 2023.

_____
Donald W. Molloy, District Judge
United States District Court