IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| W.H. and Z.H.,<br><br>             Plaintiffs,<br><br>   vs.<br><br>ALLEGIANCE BENEFIT PLAN MANAGMEENT INC., LOGAN HEALTH f/k/a KALISPELL REGIONAL HEALTHCARE, and the HEALTH BENEFIT PLAN for EMPLOYEES of KALISPELL REGIONAL HEALTHCARE,<br><br>             Defendant. | CV 22-166-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's orders, Docs. 37 and 43.

Dated this 27th day of August, 2024.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman