IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| W.H. and Z.H.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ALLEGIANCE BENEFIT PLAN MANAGEMENT INC., LOGAN HEALTH f/k/a KALISPELL REGIONAL HEALTHCARE, and the HEALTH BENEFIT PLAN for EMPLOYEES of KALISPELL REGIONAL HEALTHCARE,<br><br>　　　　Defendants. | CV 22–166–M–DWM<br><br><br>ORDER |

　　Plaintiffs W.H. and Z.H. filed a notice of satisfaction of judgment, which included a stipulation of dismissal with prejudice. (Doc. 45.) The satisfaction of judgment is acknowledged by the Court, however, because judgment has already been entered in this case, (*see* Doc. 44),

　　IT IS ORDERED that Plaintiff's request for an order dismissing the above-captioned action, (Doc. 45), is DENIED.

　　DATED this 4th day of December, 2024.

Donald W. Molloy, District Judge
United States District Court